### 46173. SLIVKA v. STATE OF GEORGIA et al.
(376 SE2d 686)

PER CURIAM.

This case is controlled, in law and fact, by our holding in *Oemler v. Green,* 134 Ga. 198 (67 SE 433) (1910).

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 6, 1989.

*Kent & Barrow, A. Martin Kent,* for appellant.
*Michael J. Bowers, Attorney General, Patricia T. Barmeyer, Senior Assistant Attorney General,* for appellees.